JUSTICE McDONOUGH,
dissenting:
A parent has a “fundamental liberty interest” in continuing his parental relationship with his children. See Santosky v. *57 Kramer (1982), 455 U.S. 745, 753, 102 S.Ct. 1388, 1394-5, 71 L.Ed.2d 599, 606. A decree terminating the parental relationship must be supported by clear and convincing evidence. See Matter of Adoption of R.M., S.P.M. and R.M. (1990), 241 Mont. 111, 118, 785 P.2d 709, 713.
Strict compliance with the statute is required. Matter of Adoption of B.L.P. (1986), 224 Mont. 182, 184, 728 P.2d 803, 804. The petitioner by statute must prove by clear and convincing evidence the failure to support for the one year while being able to do so. Here the record fails to show by clear and convincing evidence the ability of the appellant to pay the support; and the District Court did not make any finding as to the appellant’s ability to pay.
I would reverse and dismiss the petition.
JUSTICE HUNT joins in the foregoing dissent.